UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GONGORA, VICTOR HUGO | § | Case No. 10-45106 |
| GONGORA, CARIDAD RIVERO | § | |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/DREW M. DILLWORTH_____
                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - EXHIBIT A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-45106 LMI Judge: LAUREL M ISICOF | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | GONGORA, VICTOR HUGO | Date Filed (f) or Converted (c): | 11/16/10 (f) |
|  | GONGORA, CARIDAD RIVERO | 341(a) Meeting Date: | 12/27/10 |
| For Period Ending: | 05/21/13 | Claims Bar Date: | 06/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6414 SW 114 Place Miami, FL 33173 Debtor intends r | 192,598.00 | Unknown | | 0.00 | FA |
| 2. 10415 SW 88 Street, Apt B-214, Miami, FL 33176 Deb | 69,080.00 | Unknown | | 0.00 | FA |
| 3. Cash on hand | 20.00 | Unknown | | 0.00 | FA |
| 4. Dade County Federal Credit Union Checking Account | 0.00 | Unknown | | 0.00 | FA |
| 5. Chase Bank Checking Account X4062 | 111.00 | Unknown | | 0.00 | FA |
| 6. Bed rooms- 2 beds, 2 dressers, 1 mirror, 3 nightab | 1,100.00 | Unknown | | 0.00 | FA |
| 7. Used clothing and shoes Debtors valuation is based | 80.00 | Unknown | | 0.00 | FA |
| 8. Watch, earrings and ring Debtors valuation is base | 200.00 | Unknown | | 0.00 | FA |
| 9. 2004 Chevrolet Tahoe Estimated Mileage: 65,000 Veh | 11,550.00 | 8,000.04 | | 8,000.04 | FA |
| 10. 2004 Acura RSX Estimated Mileage: 81,000 Lien Hold | 4,500.00 | Unknown | | 0.00 | FA |
| 11. 2008 Nissan Altima Estimated Mileage: 34,000 Lien | 14,500.00 | Unknown | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.79 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $293,739.00 | $8,000.04 | | $8,000.83 | $0.00 |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 17.02c

FORM 1 - EXHIBIT A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 10-45106 LMI  Judge: LAUREL M ISICOF | Trustee Name: | DREW M. DILLWORTH |
| Case Name: | GONGORA, VICTOR HUGO | Date Filed (f) or Converted (c): | 11/16/10 (f) |
| | GONGORA, CARIDAD RIVERO | 341(a) Meeting Date: | 12/27/10 |
| | | Claims Bar Date: | 06/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Interest in 2004 Chevy Tahoe. $8000/666.67 per month starting 1/15/11

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 06/30/13

_____  Date: _____

DREW M. DILLWORTH

FORM 2 - EXHIBIT B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-45106 -LMI | | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|---|
| Case Name: | GONGORA, VICTOR HUGO | | Bank Name: | BANK OF KANSAS CITY |
| | GONGORA, CARIDAD RIVERO | | Account Number / CD #: | *******1015  Checking Account |
| Taxpayer ID No: | 35-6900742 | | | |
| For Period Ending: | 05/21/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,917.46 | | 7,917.46 |
| 07/16/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.63 | 7,914.83 |
| 08/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 9.05 | 7,905.78 |
| 09/17/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 9.04 | 7,896.74 |
| 10/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 8.74 | 7,888.00 |
| 11/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 9.02 | 7,878.98 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 8.72 | 7,870.26 |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 9.00 | 7,861.26 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 8.99 | 7,852.27 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.55 | 7,841.72 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 11.66 | 7,830.06 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 11.26 | 7,818.80 |

Page Subtotals           7,917.46        98.66

**FORM 2 - EXHIBIT B**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-45106 -LMI | | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|---|
| Case Name: | GONGORA, VICTOR HUGO | | Bank Name: | BANK OF KANSAS CITY |
| | GONGORA, CARIDAD RIVERO | | Account Number / CD #: | *******1015  Checking Account |
| Taxpayer ID No: | 35-6900742 | | | |
| For Period Ending: | 05/21/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,917.46 | 98.66 | 7,818.80 |
| | | | Less:  Bank Transfers/CD's | | 7,917.46 | 0.00 | |
| | | | Subtotal | | 0.00 | 98.66 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 98.66 | |

Page Subtotals        0.00        0.00

FORM 2 - EXHIBIT B

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-45106 -LMI | | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|---|
| Case Name: | GONGORA, VICTOR HUGO | | Bank Name: | BANK OF AMERICA, N.A. |
| | GONGORA, CARIDAD RIVERO | | Account Number / CD #: | *******9314 BofA - Money Market Account |
| Taxpayer ID No: | 35-6900742 | | | |
| For Period Ending: | 05/21/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/08/11 | 9 | VICTOR HUGO GONGORA<br>6414 SW 114 PLACE<br>MIAMI, FL 33173 | Order dated 1/24/11 DE 23 | 1121-000 | 666.67 | | 666.67 |
| 03/09/11 | 9 | VICTOR HUGO GONGORA<br>6414 SW 114 PLACE<br>MIAMI, FL 33173 | Order dated 1/24/11 DE 23 | 1121-000 | 666.67 | | 1,333.34 |
| 03/11/11 | 9 | VICTOR HUGO GONGORA<br>6414 SW 114 PLACE<br>MIAMI, FL 33173 | Order dated 1/24/11 DE 23 | 1121-000 | 666.67 | | 2,000.01 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 2,000.02 |
| 04/05/11 | 9 | VICTOR HUGO GONGORA<br>6414 SW 114 PLACE<br>MIAMI, FL 33173 | Order dated 1/24/11 DE 23 | 1121-000 | 666.67 | | 2,666.69 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,666.71 |
| 05/03/11 | 9 | VICTOR HUGO GONGORA<br>6414 SW 114 PLACE<br>MIAMI, FL 33173 | Order dated 1/24/11 DE 23 | 1121-000 | 666.67 | | 3,333.38 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,333.41 |
| 06/06/11 | 9 | VICTOR HUGO GONGORA | Order dated 1/24/11 DE 23 | 1121-000 | 666.67 | | 4,000.08 |

Page Subtotals  4,000.08  0.00

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 7)*  Ver: 17.02c

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 10-45106 -LMI | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | GONGORA, VICTOR HUGO | Bank Name: | BANK OF AMERICA, N.A. |
| | GONGORA, CARIDAD RIVERO | Account Number / CD #: | *******9314  BofA - Money Market Account |
| Taxpayer ID No: | 35-6900742 | | |
| For Period Ending: | 05/21/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6414 SW 114 PLACE<br>MIAMI, FL  33173 | | | | | |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,000.11 |
| 07/05/11 | 9 | VICTOR HUGO GONGORA<br>6414 SW 114 PLACE<br>MIAMI, FL  33173 | Order dated 1/24/11 DE 23 | 1121-000 | 666.67 | | 4,666.78 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,666.82 |
| 08/03/11 | 9 | VICTOR HUGO GONGORA<br>6414 SW 114 PLACE<br>MIAMI, FL  33173 | Order dated 1/24/11 DE 23 | 1121-000 | 666.67 | | 5,333.49 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,333.54 |
| 09/06/11 | 9 | VICTOR HUGO GONGORA<br>6414 SW 114 PLACE<br>MIAMI, FL  33173 | Order dated 1/24/11 DE 23 | 1121-000 | 666.67 | | 6,000.21 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,000.26 |
| 10/05/11 | 9 | VICTOR HUGO GONGORA<br>6414 SW 114 PLACE<br>MIAMI, FL  33173 | Order dated 1/24/11 DE 23 | 1121-000 | 666.67 | | 6,666.93 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,666.98 |

Page Subtotals        2,666.90        0.00

FORM 2 - EXHIBIT B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 10-45106 -LMI | | Trustee Name: | DREW M. DILLWORTH |
| --- | --- | --- | --- | --- |
| Case Name: | GONGORA, VICTOR HUGO | | Bank Name: | BANK OF AMERICA, N.A. |
| | GONGORA, CARIDAD RIVERO | | Account Number / CD #: | *******9314  BofA - Money Market Account |
| Taxpayer ID No: | 35-6900742 | | | |
| For Period Ending: | 05/21/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.22 | 6,658.76 |
| 11/04/11 | 9 | VICTOR HUGO GONGORA<br>6414 SW 114 PLACE<br>MIAMI, FL  33173 | Order dated 1/24/11 DE 23 | 1121-000 | 666.67 | | 7,325.43 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,325.49 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.81 | 7,316.68 |
| 12/05/11 | 9 | VICTOR HUGO GONGORA<br>6414 SW 114 PLACE<br>MIAMI, FL  33173 | Order dated 1/24/11 DE 23 | 1121-000 | 666.67 | | 7,983.35 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,983.41 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.65 | 7,973.76 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,973.83 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.46 | 7,963.37 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,963.43 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.46 | 7,953.97 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,954.04 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.78 | 7,944.26 |
| | | | Page Subtotals | | 1,333.66 | 56.38 | |

LFORM24    UST Form 101-7-TFR (5/1/2011) (Page: 9)    Ver: 17.02c

FORM 2 - EXHIBIT B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit B

| Case No: | 10-45106 -LMI | | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|---|
| Case Name: | GONGORA, VICTOR HUGO | | Bank Name: | BANK OF AMERICA, N.A. |
| | GONGORA, CARIDAD RIVERO | | Account Number / CD #: | *******9314  BofA - Money Market Account |
| Taxpayer ID No: | 35-6900742 | | | |
| For Period Ending: | 05/21/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 7,944.33 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.09 | 7,934.24 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,934.31 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.08 | 7,924.23 |
| 06/22/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 7,924.28 |
| 06/22/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 6.82 | 7,917.46 |
| 06/22/12 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 7,917.46 | 0.00 |

|  |  | COLUMN TOTALS | 8,000.83 | 8,000.83 | 0.00 |
|---|---|---|---|---|---|
| | | Less:  Bank Transfers/CD's | 0.00 | 7,917.46 | |
| | | Subtotal | 8,000.83 | 83.37 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 8,000.83 | 83.37 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1015 | 0.00 | 98.66 | 7,818.80 |
| BofA - Money Market Account - ********9314 | 8,000.83 | 83.37 | 0.00 |
| | 8,000.83 | 182.03 | 7,818.80 |

Page Subtotals    0.19    7,944.45

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit B

| Case No: | 10-45106 -LMI | Trustee Name: | DREW M. DILLWORTH |
| --- | --- | --- | --- |
| Case Name: | GONGORA, VICTOR HUGO | Bank Name: | BANK OF AMERICA, N.A. |
| | GONGORA, CARIDAD RIVERO | Account Number / CD #: | *******9314  BofA - Money Market Account |
| Taxpayer ID No: | 35-6900742 | | |
| For Period Ending: | 05/21/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 21, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 10-45106 | Claim Class Sequence | | | | |
| Debtor Name: | GONGORA, VICTOR HUGO | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $5,633.87 | $5,633.87 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $0.00 | $427.78 | $427.78 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $0.00 | $1,899.59 | $1,899.59 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $8,136.46 | $8,136.46 |
| 000007<br>070<br>7100-00 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $0.00 | $3,573.20 | $3,573.20 |
| 000008<br>070<br>7100-00 | American InfoSource LP as agent for<br>American Honda Finance<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $3,663.69 | $3,663.69 |
| 000009<br>070<br>7100-00 | Midland Funding<br>c/o Recor<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | (9-1) CARECREDIT/GEMB | $0.00 | $3,571.75 | $3,571.75 |
| 000010<br>070<br>7100-00 | Midland Funding<br>c/o Recor<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | (10-1) ROOMS TO GO | $0.00 | $1,717.01 | $1,717.01 |
| 000011<br>070<br>7100-00 | Midland Funding<br>c/o Recor<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | (11-1) CHEVRON TEXACO PLCC | $0.00 | $649.43 | $649.43 |
| 000012<br>070<br>7100-00 | FIA Card Services, NA/Bank of<br>America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $688.78 | $688.78 |
| | Case Totals: | | | $0.00 | $29,961.56 | $29,961.56 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-45106
Case Name: GONGORA, VICTOR HUGO
        GONGORA, CARIDAD RIVERO
Trustee Name: DREW M. DILLWORTH

Balance on hand        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DREW M. DILLWORTH | $ | $ | $ |
| Trustee Expenses: DREW M. DILLWORTH | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | American InfoSource LP as agent for Citibank N.A. | $ | $ | $ |
| 000003 | American InfoSource LP as agent for Citibank N.A. | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ | $ |
| 000007 | Capital One, N.A. | $ | $ | $ |
| 000008 | American InfoSource LP as agent for | $ | $ | $ |
| 000009 | Midland Funding | $ | $ | $ |
| 000010 | Midland Funding | $ | $ | $ |
| 000011 | Midland Funding | $ | $ | $ |
| 000012 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE